TOWN OF SOUTHINGTON *v.* FLORENCE J. FRANCIS ET AL.

The motion by the named defendant for an extension of time "to file Writ of Certiorari" is dismissed.

*Florence J. Francis,* pro se, the named defendant, on the motion.

*Joseph H. Thalberg,* for the plaintiff, in opposition.

Submitted May 25—decided May 26, 1970

ANDREW ROSSETTI *v.* CITY OF NEW BRITAIN

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Julius Watstein,* for the appellee (plaintiff).

*George J. Coyle,* assistant corporation counsel, for the appellant (defendant).